# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**MATTHEW L. AVENT,**

    **Petitioner,**

**v.**                                       **Case No. 3:12cv56/RV/CJK**

**MICHAEL D. CREWS,**

    **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 12, 2013. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 28) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging petitioner's

criminal judgment and revocation of probation in *State of Florida v. Matthew Lee Avent*, Okaloosa County Circuit Court Case Nos 03-CF-960, 03-CF-961 and 03-CF-987 is DENIED.

    3. The Clerk shall close the file.

    4. A certificate of appealability is DENIED

DONE AND ORDERED this 13th day of December, 2013.

                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**